An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NANCY MARTINEZ; RYLAND HOMES NEVADA, LLC; AND B&F INDUSTRIES, INC.,

Appellants,

vs.

DAVYN RIDGE HOMEOWNERS' ASSOCIATION,

Respondent.

No. 64917

**FILED**

JUL 24 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. David B. Barker, District Judge
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Law Offices of Peter Goldstein
Perry & Westbrook, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-22474